FILED
April 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002583896

2

Douglas B. Jacobs 084153
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144
Fax: (530) 342-6310

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

JAMES CRAWFORD,

MARY CRAWFORD,

    Debtors.

) Case No. 10-20127
)
) DC No.: DBJ-2
)
) Chapter 13
)
) DECLARATION OF DEBBIE STRATTON
) IN RESPONSE TO OBJECTION TO
) CONFIRM DEBTOR'S FIRST AMENDED
) PLAN
)
) Date: 5/11/2010
)
) Time: 9:32 AM
)
) Ctrm: 32, Floor: 6th
)
) Judge: Thomas Holman

    I, Debbie Stratton, declare as follows:

    1. I am employed by Douglas B. Jacobs as his bankruptcy paralegal.

---

2

2. When we received the objection to confirmation of the First Amended Plan in this matter, I immediately contacted the creditor, Aurora Loan Services LLC and spoke with a Ms. O'Many at extension 1649.

3. She was able to verify that the debtors were, in fact current on their loan and she agreed to contact the appropriate persons to withdraw this objection.

4. I declare the above to be true and correct under penalty of perjury and could and would competently testify thereto if necessary.

Executed this 26 day of April, 2010 at Chico, California

By: *Debbie Stratton* (signature)
Debbie Stratton